IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MARCOS LAREDO BASS,<br><br>  Defendant. | 4:20CR3101<br><br>**ORDER** |

Defense counsel has moved to withdraw due to a conflict of interest. (Filing No. 22), and further moves to continue the pretrial motion deadline and trial to afford new counsel the opportunity to fully and fairly represent the defendant. Defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Defense counsel's motion to appoint new counsel, (Filing No. 22), is granted. Toni Wilson is hereby withdrawn as counsel, and shall promptly notify Defendant of the entry of this order.

2) The clerk shall delete Toni Wilson from any future ECF notifications herein.

3) The clerk shall forward this memorandum and order to the Federal Public Defender.

4) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district. .

5) The newly appointed counsel shall promptly file an entry of appearance on behalf of Defendant.

6)    Pretrial motions and briefs shall be filed on or before December 24, 2020.

7)    The trial of this case is set to commence before the Honorable John M. Gerrard, Chief United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on January 25, 2021, or as soon thereafter as the case may be called, for a duration of three (3) trial days. Jury selection will be held at commencement of trial.

8)    The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and December 24, 2020 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

November 12, 2020

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge